**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator * Clerk of Court

299 East Broward Boulevard
Fort Lauderdale, Florida 33301
(954)769-5400

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 3 2002

LUTHER D. THOMAS, Clerk
By: J. McD.
Deputy Clerk

September 18, 2002



Clerk of Court
2211 Richard B. Russell Federal Building
and United States Courthouse
75 Spring Street, S.W.
Atlanta, Ga. 30303-3361

RE:  USA vs. **ANGEL CRUZ**
Our Case No: **02-4216-SNOW**
Your Case No: **1:02-CR-475**

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 40).  Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

by: _Amy Jordan_
        Deputy Clerk

Receipt acknowledged by: _[signature]_
Print Name: _Demetrius Freeman_
Title: _Deputy Clerk_
Date: _9/23/02_

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*